**James A. EWING v. STATE (two cases).**

Nos. 18994, 18995.

Court of Criminal Appeals of Texas.

March 24, 1937.

H. R. Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Appellant was convicted of the offense of robbery, and his punishment was assessed at confinement in the state penitentiary for a term of 20 years.

**Doris BOGARD v. STATE.**

No. 18049.

Court of Criminal Appeals of Texas.

March 31, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

We find in the record an affidavit in due form asking that the appeal be dismissed.

The request is granted.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.